UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN KATZAKIAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CONTINENTAL CREDIT CONTROL, INC., et al.,<br><br>Defendants. | Case No.  1:20-cv-00223-NONE-BAM<br><br>**ORDER STRIKING NOTICE OF SETTLEMENT**<br><br>(Doc. No. 16) |

On August 11, 2020, the parties filed a notice of settlement indicating that this matter had been resolved and a stipulation of dismissal would be filed within forty-five (45) days.  (Doc. No. 16.)

Both the Federal Rules of Civil Procedure and this Court's Local Rules require that all filed pleadings, motions, and papers be signed by the individual attorney for the party presenting them, or by the party personally if appearing i*n propria persona*.  Fed. R. Civ. P. 11(a); Local Rule 131(b).  Here, the notice of settlement is not signed by counsel for either party and will therefore be stricken from the record.

Accordingly, it is HEREBY ORDERED that the parties' Notice of Settlement (Doc. No. 16) is STRICKEN from the record for lack of signature.

IT IS SO ORDERED.

Dated:   **August 13, 2020**                              /s/ *Barbara A. McAuliffe*            
                                                                         UNITED STATES MAGISTRATE JUDGE

1